# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-09-0363 |
| v. | * | Civil No. – JFM-16-2319 |
| | * | |
| LIONAL HOLLOWAY | * | |

******

## MEMORANDUM

Plaintiff has filed this motion to vacate pursuant to 28 U.S.C. §2255. The motion will be denied.

First, this is a second motion filed by Holloway pursuant to 28 U.S.C. §2255. He filed a motion for authorization to file successive application for post-conviction relief with the U.S. Court of Appeals for the Fourth Circuit but this motion was denied.

Second, the motion for Section 2255 relief is without merit. He has three prior serious drug convictions. Thus, he is an armed career criminal, and he is not entitled to relief under the *Johnson* case.

A separate order denying Holloway's motion is being entered herewith.

Date: Jan 12, 2017

J. Frederick Motz
United States District Judge